Matthew A. Ford (*Admitted Pro Hac Vice*)
**FORD O'BRIEN LANDY, LLP**
3700 Ranch Road 620 South, Suite B
Austin, Texas 78738
Telephone: (212) 858-0040
mford@fordobrien.com

Attorney for Defendant
KALISTRATOS KABILAFKAS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KALISTRATOS KABILAFKAS, and JACK EDWARD DANIELS,<br><br>Defendants. | Case No.: 2:24-cr-00270-MRA<br><br>**NOTICE OF MOTION TO DISMISS COUNT TWO AND FORFEITURE ALLEGATION ONE OF THE INDICTMENT** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on December 5, 2024, at 10:30 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Mónica Ramírez Almadani and/or the 350 W. First Street, Courtroom 10B, Los Angeles, CA 90012, Defendant Kalistratos Kabilafkas will, and hereby does, move this Court for an order dismissing Count Two and Forfeiture Allegation One of the Indictment. In the alternative, with respect to Count Two, Defendant Kabilafkas requests that the Court dismiss all allegations under Count Two except for those relating to a sale of Airborne Wireless Network stock on April 27, 2018.

Dated: October 15, 2024

______________

Matthew A. Ford (*Admitted Pro Hac Vice*)
Ford O'Brien Landy, LLP
3700 Ranch Road 620 South, Suite B
Austin, Texas 78738
Telephone: (212) 858-0040
mford@fordobrien.com

*Attorney for Defendant Kalistratos Kabilafkas*