Matthew A. Ford (*Admitted Pro Hac Vice*)
**FORD O'BRIEN LANDY LLP**
3700 Ranch Road 620 South, Suite B
Austin, Texas 78738
Telephone: (212) 858-0040
mford@fordobrien.com

Noah D. Genel (*Admitted Pro Hac Vice*)
Arthur Kutoroff (*Admitted Pro Hac Vice*)
Christine Isaacs (*Admitted Pro Hac Vice*)
275 Madison Avenue
24th Floor
New York, New York 10016
Telephone: (212) 858-0040
ngenel@fordobrien.com
akutoroff@fordobrien.com
cisaacs@fordobrien.com

Attorneys for Defendant
KALISTRATOS KABILAFKAS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff<br><br>v.<br><br>KALISTRATOS KABILAFKAS and JACK EDWARD DANIELS,<br><br>              Defendants. | Case No.: 2:24-cr-00270-MRA<br><br>**DECLARATION OF MATTHEW A. FORD IN SUPPORT OF DEFENDANT KALISTRATOS KABILAFKAS'S APPLICATION FOR AN ORDER ISSUING SUBPOENAS DUCES TECUM** |

-2-

I, Mathew A. Ford of Ford O'Brien Landy LLP, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney admitted to practice in this Court *pro hac vice*. I am a partner with the law firm Ford O'Brien Landy LLP, counsel for defendant Kalistratos Kabilafkas ("Kabilafkas") in the above-captioned matter.

2. I have personal knowledge of the facts below.

3. I respectfully submit this declaration in support of Kabilafkas's Application For An Order Issuing Subpoenas (the "Application"). The proposed subpoenas are attached hereto (the "Proposed Subpoenas") as Exhibit 1. We request that the Court issue the Proposed Subpoenas with an early return date to allow Kabilafkas to prepare his defense.

4. A true and correct copy of a photograph of Jack Daniels in Thailand is attached hereto as Exhibit 2.

5. A true and correct copy of a photograph of Jack Daniels in Thailand is attached hereto as Exhibit 3.

6. A true and complete copy of the FD-302 from the FBI's interview with Jack Daniels on March 19, 2025, dated April 10, 2025, is attached hereto as Exhibit 4.

7. A true and complete copy of a document production cover letter from Michael Tremonte of Sher Tremonte to Matthew A. Ford, dated October 9, 2025, is attached hereto as Exhibit 5.

8. A true and complete copy of an email from Arthur Kutoroff to Theodore Kneller (and a number of other recipients), dated July 15, 2025, is attached hereto as Exhibit 6.

9. A true and complete copy of a document production cover letter from Michael Tremonte of Sher Tremonte to Matthew A. Ford, dated October 3, 2025, is attached hereto as Exhibit 7.

10. A true and complete copy of an email sent by Jack Daniels, through his "calwestpartners" email account, dated February 15, 2018, is attached hereto as Exhibit 8.

11. A true and complete copy of an email from Jack Daniels, through his "calwestpartners" email account, with the recipient redacted, dated February 20, 2018, is attached hereto as Exhibit 9.

12. A true and complete copy of an email from Jack Daniels, through his "calwestpartners" email account, with the recipient redacted, dated October 22, 2018, is attached hereto as Exhibit 10.

13. A screenshot of a true and complete copy of an email from Robert Knuts of Sher Tremonte to Paul Bohr of the SEC (produced in the parallel SEC action), dated August 27, 2018, is attached hereto as Exhibit 11.

14. A true and complete copy of a travel reservation for a April 2017 Jack Daniels trip to Bangkok, dated (booked) on or around April 5, 2017, is attached hereto as Exhibit 12.

15. A true and complete copy of an invoice for a September 2017 Jack Daniels trip to Bangkok, dated (booked) on or around August 21, 2017 is attached hereto as Exhibit 13.

16. For the foregoing reasons, I respectfully request that the Court grant Kabilafkas's Application For An Order Issuing Subpoenas Duces Tecum and issue the Proposed Subpoenas with an early return date.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:    Austin, Texas
          October 21, 2025

                                    /s/ Matthew A. Ford
                                    Matthew A. Ford

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing document has been served to all opposing parties in this case via the Court's CM/ECF system.

Date: October 21, 2025

/s/ Matthew A. Ford
Matthew A. Ford *(Admitted Pro Hac Vice)*
Ford O'Brien Landy LLP
3700 Ranch Road 620 South, Suite B
Austin, Texas 78738
Telephone: (212) 858-0040
mford@fordobrien.com

*Attorney for Defendant Kalistratos Kabilafkas*