# EXHIBIT 5

**SHER TREMONTE LLP**

October 9, 2025

**BY EMAIL**
Matthew A. Ford, Esq.
Ford O'Brien Landy LLP
3700 Ranch Road, 620 South, Suite B
Austin, Texas 78739
Telephone: (212) 858-0040
Email: mford@fordobrien.com

Re:   Response to Document Request in Criminal Case *United States v. Kalistratos Kabilafkas et al.*, Index No. 2:24-cr-00270-MRA

Dear Mr. Ford:

We write in response to your request for documents from Mr. Daniels, which was conveyed to the undersigned via email on July 21, 2025, through Assistant United States Attorney Ted Kneller. Pursuant to that email, we understand that you have requested, for the period of January 1, 2011 through December 31, 2024, the following: (1) All communications between Mr. Daniels and Mr. Kabilafkas (including, without limitation, emails from the Calwest domain); (2) All of Mr. Daniels's communications concerning Airborne; and (3) Mr. Daniels's communications regarding traveling to Thailand.

As you are aware, on Friday, October 3, 2025, we made an initial production in response to your July 21 request. In that production, we inadvertently included privileged materials. After flagging that issue for us, you reported that you would delete the production in its entirety. Enclosed please find a replacement production that includes copies of documents responsive to your requests, which are Bates-stamped ABWN_001192 to ABWN_009026. Please note that this production is the result of a diligent search for materials and information responsive to your requests.

Materials described herein contain "Confidential Information" as that term is defined in the Court's Protective Orders Regarding Discovery in this case, *United States v. Kabilafkas, et al.*, 2:24-cr-00270-MRA. ECF Nos. 63, 65. Therefore, the materials provided under this letter are subject to the Court's Protective Order. Specifically, certain documents include personally identifiable information. Whereas Mr. Daniels does not assert a privilege over any of the materials included in the production, to ensure that Mr. Kabilafkas is able to assert such privileges as he may see fit, we are not sharing this production directly with the prosecution team, and instead plan to produce it to the government's taint team, which we understand will filter out any potentially privileged communications. In an abundance of caution, we will wait one week before sending a copy of the production to the DOJ taint team to afford you an opportunity to object to that procedure, should you wish to. By making this production, we reserve all rights on behalf of our client and waive none.

SHER TREMONTE LLP

     Contemporaneously with this cover letter, you will receive an email that contains a Hightail secure link to the aforementioned documents. We will send the password to access the production via a separate email.

                                     Very Truly Yours,

                                     */s/ Michael Tremonte*
                                     Michael Tremonte

SHER TREMONTE LLP