# EXHIBIT 11



PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) from the U.S. Securities and Exchange Commission is for the exclusive use of the intended recipient(s) and may contain confidential and privileged information. If you are not the intended recipient, please do not read, distribute, or take action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Please be advised that no privileges are waived by the transmission of this message.

**From:** Robert Knuts [mailto:RKnuts@shertremonte.com]
**Sent:** Monday, August 27, 2018 12:59 PM
**To:** Bohr, Paul
**Subject:** In re Airborne Wireless Network; HO-13176; Andrew Wolin

Mr. Bohr,

As per my voicemail message, I represent Andrew Wolin in connection with the Staff's Airborne Wireless Network investigation. My contact information is listed below.

If there is any reason for us to talk this week, I'll be reachable on my cell phone. That number is ▮▮▮▮.

Bob

Robert Knuts | Sher Tremonte LLP | 90 Broad Street, 23rd Floor | New York, New York 10004 |
tel: 212.202.2600 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | fax: 212.202.4156
| rknuts@shertremonte.com | www.shertremonte.com

Confidentiality Notice: This e-mail is for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized use or dissemination of this communication or any of its contents or attachments is strictly prohibited. If you received this communication in error, please notify Sher Tremonte LLP immediately and destroy the original message and all paper and electronic copies.