# EXHIBIT 12

Message

**From:** J. Edward Daniels [j.edward@airbornewirelessnetwork.com]
**on behalf of** J. Edward Daniels <j.edward@airbornewirelessnetwork.com> [J. Edward Daniels <j.edward@airbornewirelessnetwork.com>]
**Sent:** 4/5/2017 2:52:29 PM
**To:** Jack Daniels
**Subject:** Fwd: Confirmation; Order number: KHGLNA, Booking references: Flight: 6ZBPRP

Begin forwarded message:

**From:** Gotogate <customercare@support.us.gotogate.com>
**Date:** April 5, 2017 at 10:50:24 AM PDT
**To:** Jack Daniels <j.edward@airbornewirelessnetwork.com>
**Subject: Confirmation; Order number: KHGLNA, Booking references: Flight: 6ZBPRP**

Problems seeing this e-mail? Click here



Booking No.
**Los Angeles - Bangkok: 6ZBPRP**

Thank you for booking your trip with us! Here's important information about your reservation, and some great offers just for you.

**Important information about your trip on My Bookings**

This is where you will find your travel documents with ticket numbers and the airline's booking number. Remember to take your travel documents with you!

My Bookings

# Thank you for your order!

| | | | |
|---|---|---|---|
| **Ordering person** | Jack Daniels | **Booking No. Los Angeles - Bangkok** | 6ZBPRP |
| **Address** | [redacted] | **Order number** | KHGLNA |
| | | **Order date** | Apr 5, 2017 |
| | California | | |
| | USA | | |
| **E-mail** | j.edward@airbornewirelessnetwork.com | | |
| **Phone daytime** | [redacted] | | |
| **Mobile number** | [redacted] | | |

| Book a rental car » | Book hotel » | Pre-book your lounge » | Book transfer » | Airport parking » |
|---|---|---|---|---|
|  Save up to 15% |  Save up to 50% | |  Save up to 5% |  |



**Bring this document with you on your trip together with your valid passport.**
Your boarding pass is issued by the airline at check-in. It is your own responsibility to constantly check the flight times of both your outward and return trip by using the link below.

Always verify that all information is in accordance with your booking. Contact Gotogate immediately if anything is incorrect. We communicate through e-mail and it is therefore important that you check your spam filter as e-mails from us can be caught in this folder.

For the latest flight information of booking 6ZBPRP, click the following link www.checkmytrip.com Here you can also find your e-ticket number and the booking reference of the airline. Note that this will be updated within 24 hours of your reservations being made.

## Return | Los Angeles - Bangkok
Booking No.: 6ZBPRP

### Los Angeles – Bangkok, Return

**Departure:** Thursday, April 20, 2017

| From | To | Departure | Arrival | Flight | Airline |
|---|---|---|---|---|---|
| Los Angeles Intl USA Terminal B | Hong Kong Island Hong Kong Terminal 1 | 00:55 | 06:45 Apr 21 | CX881 | Cathay Pacific Airways |
| Hong Kong Island Hong Kong Terminal 1 | Bangkok Thailand | 08:00 Apr 21 | 10:05 Apr 21 | CX705 | Cathay Pacific Airways |

### TRAVELLERS

| First name, as it appears on travel id | Last name, as it appears on travel id | Age group | Gender | Checked baggage allowance/Other |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Jack | Daniels | Adult | ▮ | Male | 2 bag(s) at 23kg.<br>Flexible Ticket |

## Reserve your seats

| Route | Traveler | Seat |
|---|---|---|
| Los Angeles - Hong Kong Island | Jack Daniels | 62C |
| Hong Kong Island - Bangkok | Jack Daniels | 40C |

**Return:** Saturday, April 29, 2017

| From | To | Departure | Arrival | Flight | Airline |
|---|---|---|---|---|---|
| Bangkok<br>Thailand | Hong Kong Island<br>Hong Kong<br>Terminal 1 | 11:05 | 15:00 | CX750 | Cathay Pacific Airways  |
| Hong Kong Island<br>Hong Kong<br>Terminal 1 | Los Angeles Intl<br>USA<br>Terminal B | 16:35 | 14:50 | CX882 | Cathay Pacific Airways |

## TRAVELLERS

| First name, as it appears on travel id | Last name, as it appears on travel id | Age group | Gender | Checked baggage allowance/Other |
|---|---|---|---|---|
| Jack | Daniels | Adult<br>(Feb 24, 1950) | Male | 2 bag(s) at 23kg.<br>Flexible Ticket |

## Reserve your seats

| Route | Traveler | Seat |
|---|---|---|
| Bangkok - Hong Kong Island | Jack Daniels | 63C |

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY ABWN

ABWN212309

| Hong Kong Island - Los Angeles | | Jack Daniels | 39A |

**Total price:** US$1,226.26

## Payment Overview

Flight, Los Angeles - Bangkok - Los Angeles — US$1,226.26

| First name, as it appears on travel id | Last name, as it appears on travel id | Age group | Price | Taxes & charges | Total |
|---|---|---|---|---|---|
| Jack | Daniels | Adult (Feb 24, 1950) | US$1,033.96 | US$192.30 | US$1,226.26 |

| | |
|---|---|
| Service package | US$12.90 |
| Bagage | US$0.00 |
| Flexible Ticket | US$171.68 |
| Reserve your seats | US$64.00 |
| VISA Debit | US$0.00 |
| **TOTAL** | **US$1,474.84** |
| **PAID** | **US$1,474.84** |

#### Important information about your flight

Visit www.checkmytrip.com to check your flight times. You can log in with your last name and booking number.

#### Passport and visa / transit visa

Remember to bring your passport and any visa / transit visa's on you trip. You should check your passport and visa / transit visa requirements with both the embassy in the country you are traveling to and the airline you will travel with. For complete information, we recommend that you visit MFA's website by clicking here ». It includes information about the contact details of embassies and consulates.

#### Traveling to or through the U.S.

United States requires all travelers entering the United States and / or makes a stop over in the United States to seek admission no later than 72 hours before scheduled departure. As of September 8, 2010 the United States charges a tax for tourists who does not need a visa for traveling to the United States. The tax is $ 14 and is mandatory for anyone applying for ESTA. Payment can only be made by credit card (MasterCard, Visa and American Express). For application, click here ».

If you already have an approved ESTA application or wish to renew it, you do not have to pay the tourist tax. Approved ESTA applications are valid for two years, but at the most during the passport validity. If you have applied for a new passport, you also need to file a new ESTA application and pay the tourist tax. Learn more about the tourist tax on the American Agency website, click here ».

#### Baggage Information

The indicated baggage allowed for each flight is usually the maximum allowed per airline. You should check the exact baggage terms and conditions for the airlines in your order.

#### Flexible Ticket

When rebooking, the traveler must contact Gotogate customer services by chat or e-mail. With the latter option, the traveler must use the specific form for the rebooking service, which is found on our website under "Contact Us". The re-registration must be done during our opening hours and at least 24 hours before the original departure.

Find out more about our flexible ticket terms and conditions here»

**Other**

If you wish to cancel or if anything in your confirmation is incorrect and you are due to depart before our telephone lines open again, kindly contact the airline, hotel or car rental company directly.

Gotogate, Inc. is shown on your bank statement as recipient of payment.

Gotogate cannot accept responsibility for any costs in connection with unplanned overnight stays, transportation in the event of a change of airport or similar situations. You can find travel conditions and FAQs at www.gotogate.com

If a return flight is booked, it is NOT possible to ignore the outward flight and only use the return. If you attempt to do so, the airline will cancel your entire booking and no refund will be given.

Gotogate wishes you a pleasant trip!

Please find the answers to your questions with our FAQs »
Need more help? Contact us »

## Address information

Gotogate, Inc. Miami, FL 33131, USA

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY ABWN

ABWN212311