# EXHIBIT 13



Home (http://www.evaair.com/zh-tw/) (http://www.evaair.com)    New Search (https://booking.evaair.com/flyeva/

# YOUR BOOKING IS CONFIRMED - V3ZTBC

Reservation Information
We Recommend That You Save Or Print This Page For Reference.

Booking Reference : **V3ZTBC**
Reservation name:     Daniels
Date of issue:        Aug 21 2017
Total amount:         USD 4,376.12

Payment has been made with AMERICAN EXPRESS XXXXXXXXXXX1001 for an amount of  USD 4,376.12

Mr. Jack edward Daniels
 E-ticket number:  695-2441993711
Issue date:  21AUG17
Issuing airline:  EVA Air

## Price

| TOTAL | | PRICE DETAILS | |
|---|---|---|---|
| | USD **4,376.12** | Optional Service | USD 68.48 |
| Total for all travelers (including optional Service, taxes/fees and all carrier-imposed surcharges) | | 1 Adult | USD 4,307.64 |
| Base Fare & Fuel Surcharge | USD 4,221.00 | | |
| Taxes And Charges | USD 86.64 | | |
| Optional Service | USD 68.48 | | |

## New Itinerary

### Los Angeles - Bangkok
Tuesday, September 19, 2017

| | |
|---|---|
| 12:15 Los Angeles<br>Los Angeles International (LAX)<br>Terminal B<br><br>17:05 +1 day Taipei<br>Taiwan Taoyuan International (TPE)<br>Terminal 2 | DURATION: 13:50<br>AIRLINE: EVA Air (BR 5)<br>AIRCRAFT: Boeing 777-300ER<br>CABIN: Business Class/Royal Laurel/Premium Laurel Class<br>BOOKING CLASS: D |

STOP  03:40  Taiwan Taoyuan International (TPE)

| | |
|---|---|
| 20:45 Taipei<br>Taiwan Taoyuan International (TPE)<br>Terminal 2<br><br>23:30 Bangkok<br>Suvarnabhumi International (BKK) | DURATION: 03:45<br>AIRLINE: EVA Air (BR 205)<br>AIRCRAFT: Boeing 777-300ER<br>CABIN: Business Class/Royal Laurel/Premium Laurel Class<br>BOOKING CLASS: D |

<u>Show flight details</u>

TOTAL DURATION 21:15, 1 stop
Fare type Business Saver

### Bangkok - Los Angeles
Friday, September 29, 2017

| | |
|---|---|
| 12:20 Bangkok<br>Suvarnabhumi International (BKK)<br><br>17:10 Taipei<br>Taiwan Taoyuan International (TPE)<br>Terminal 2 | DURATION: 03:50<br>AIRLINE: EVA Air (BR 212)<br>AIRCRAFT: Boeing 777-300ER<br>CABIN: Business Class/Royal Laurel/Premium Laurel Class<br>BOOKING CLASS: D |

STOP  02:10  Taiwan Taoyuan International (TPE)

|  |  |  |
|---|---|---|
| 19:20 Taipei<br>Taiwan Taoyuan International (TPE)<br>Terminal 2<br><br>16:20 Los Angeles<br>Los Angeles International (LAX)<br>Terminal B | DURATION:<br>AIRLINE:<br>AIRCRAFT:<br>CABIN<br><br>BOOKING<br>CLASS | 12:00<br>EVA Air (BR 12)<br>Boeing 777-300ER<br>Business Class/Royal Laurel/Premium Laurel Class<br>D |

Show flight details

TOTAL DURATION 18:00, 1 stop
Fare type Business Saver

## 1 Traveler (1 adult)

ADULT
Jack Edward Daniels
UA HQP56150

j.edward@airbornewirelessnetwork.com

## Details of services

**Los Angeles - Bangkok**
Tuesday, September 19, 2017

Los Angeles - Taipei

EVA Wifi
1 x EVA Wifi_24 hours          695-4560648539                              USD **19.32**

Taipei - Bangkok

EVA Wifi
1 x EVA Wifi_3 hours           695-4560648541                              USD **14.92**

**Bangkok - Los Angeles**
Friday, September 29, 2017

Bangkok - Taipei

EVA Wifi
1 x EVA Wifi_3 hours                        695-4560648542                          USD **14.92**

Taipei - Los Angeles

EVA Wifi
1 x EVA Wifi_24 hours                       695-4560648540                          USD **19.32**

---

TOTAL PRICE                                                                         USD **68.48**

## Flight Details

LOS ANGELES   BANGKOK , Tuesday, September 19, 2017  +1 day
Return flight confirmed
Return flight confirmed



## Los Angeles - Bangkok, Tuesday, September 19, 2017

| LAX | TPE | TPE | BKK |
|---|---|---|---|
| TB | T2 | T2 | |
| 12:15 | 17:05 (Sep 20 2017) | 20:45 | 23:30 (Sep 20 2017) |
| | 13:50 | | 03:45 |

03:40

Confirmed
EVA Air (BR5)
  Boeing 777-300ER

Confirmed
EVA Air (BR205)
  Boeing 777-300ER

BANGKOK   LOS ANGELES , Friday, September 29, 2017
Return flight confirmed
Return flight confirmed



## Bangkok - Los Angeles, Friday, September 29, 2017

| BKK | TPE | TPE | LAX |
|---|---|---|---|
| | T2 | T2 | TB |
| 12:20 | 17:10 | 19:20 | 16:20 |
| 03:50 | | 12:00 | |

02:10

Confirmed
EVA Air (BR212)
  Boeing 777-300ER

Confirmed
EVA Air (BR12)
  Boeing 777-300ER

## Additional Information for You

SEAT SELECTION is available now (https://booking.evaair.com/flyeva/EVA/B2C/manage-your-

trip/log_in.aspx) | PREORDER 20% OFF FOR TWO (https://mall.evaair.com/) | HOTEL BOOKING/CAR RENTAL (http://www.evaair.com/en-us/book-and-manage-your-trip/book-a-hotel-and-rental-car/book-a-hotel/)

1.If you need a certificate of ticket issuance for accounting purposes, please click here (https://booking.evaair.com/flyeva/EVA/B2C/ticket-certificate.aspx).

2. Please show the credit card that you paid for the ticket upon check-in at the airport.

3. If your credit card transaction has been successfully authorized through Verified by Visa or MasterCard® SecureCode or American Express SafeKey® or JCB J/Secure (http://www.evaair.com/en-global/frequently-asked-questions/?topic=online-reservation), you will NOT be required to present the credit card upon check-in at the airport. In addition, the cardholder does NOT need to be one of the travel companions.

4. EVA Airways invites you to join us in protecting the environment. Please visit "Green Travel" (EVA's Carbon Offset program) (http://evaair.climatecare.org/)for more information.

Fare note(per ticket)

## BUSINESS SAVER

### FARE CONDITIONS(Per ticket)

| | |
|---|---|
| **Routing** | U.S.A. to Asia/Australia |
| **Cabin Class** | Business Class/Premium Laurel Class/Royal Laurel Class |
| **Fare Family** | Business Saver |
| **Minimum Stay** | No minimum stay requirement |
| **Maximum Stay** | 6 months |
| **Cancellation/Refund Fee** | USD 100 |
| **Date/Flight Change Fee** | USD 0 (fare and taxes difference will be collected if any) |
| **Ticket Reissue Fee** | USD 0 (fare and taxes difference will be collected if any) |
| **Infinity** | Actual miles x 125% , Actual flight sector x 1.5 |

| | |
|---|---|
| **MileageLands Mileage Accrual/Upgrade** | Upgrade with Mileage is not applicable<br><br>(Valid on BR/B7 operated flights only. For mileage accrual information of codeshare flights or other airlines, please contact EVA Air for details.) |
| **Baggage** | **Refer to Baggage Rule for details (http://www.evaair.com/en-global/check-in-baggage-and-airports/baggage-information/allowances/)** |
| **Notice** | 1. Fare is applicable to the travel dates and flights (in/out) you selected .<br>2. Most restrictive rule applies when combined two fares.<br>3. Surcharge and fare/tax difference will be charged for any changes to the travel dates or flights.<br>4. Purchasing a new ticket may be required if changes are not comply with the rule condition.<br>5. Non-endorsable.<br>6. Since UNI Air (B7) is not a Star Alliance member Airline, Star Alliance Airline frequent flyer members will not be able to accumulate miles/points or use Star Alliance benefit when flying with UNI Air.<br>7. Routing to/from USA:A no-penalty 100% refund will be given if the refund application is made within 24 hours of purchase and if the ticket purchase was made at least 168 hours prior to the first flight departure. |
| **Fare Family number** | BUS25 |

## Baggage

## Jack Edward Daniels (Adult)

### LOS ANGELES → BANGKOK

**2** CHECKED BAG, 2 FREE
First bag   upto70lb 32kg and62li 158lcm
Second bag   upto70lb 32kg and62li 158lcm
Most Significant Carrier is BR (EVA Air)

Los Angeles - Taipei
**2** CARRY-ON BAG, 2 FREE
First bag   carry7kg 15lb upto45li 115lcm
Most Significant Carrier is BR (EVA Air)
Second bag   carry7kg 15lb upto45li 115lcm
Most Significant Carrier is BR (EVA Air)

Taipei - Bangkok
**2** CARRY-ON BAG, 2 FREE
First bag   carry7kg 15lb upto45li 115lcm
Most Significant Carrier is BR (EVA Air)
Second bag   carry7kg 15lb upto45li 115lcm
Most Significant Carrier is BR (EVA Air)

BAGGAGE ALLOWANCE AND CHARGES ARE PROVIDED FOR INFORMATION ONLY. ADDITIONAL DISCOUNTS MAY APPLY DEPENDING ON FLYER-SPECIFIC FACTORS (E.G. FREQUENT FLYER STATUS, MILITARY, CREDIT CARD USED FOR PURCHASE, EARLY PURCHASE OVER THE INTERNET, ETC.)

### BANGKOK → LOS ANGELES

**2** CHECKED BAG, 2 FREE
First bag   upto70lb 32kg and62li 158lcm
Second bag   upto70lb 32kg and62li 158lcm
Most Significant Carrier is BR (EVA Air)

Bangkok - Taipei
**2** CARRY-ON BAG, 2 FREE
First bag   carry7kg 15lb upto45li 115lcm
Most Significant Carrier is BR (EVA Air)
Second bag   carry7kg 15lb upto45li 115lcm
Most Significant Carrier is BR (EVA Air)

Taipei - Los Angeles
**2** CARRY-ON BAG, 2 FREE
First bag   carry7kg 15lb upto45li 115lcm
Most Significant Carrier is BR (EVA Air)
Second bag   carry7kg 15lb upto45li 115lcm
Most Significant Carrier is BR (EVA Air)

BAGGAGE ALLOWANCE AND CHARGES ARE PROVIDED FOR INFORMATION ONLY. ADDITIONAL DISCOUNTS MAY APPLY DEPENDING ON FLYER-SPECIFIC FACTORS (E.G. FREQUENT FLYER STATUS, MILITARY, CREDIT CARD USED FOR PURCHASE, EARLY PURCHASE OVER THE INTERNET, ETC.)

## Advance Passenger Information

# BEFORE DEPARTURE

1. Passengers who have used our advance seat selection service are requested to complete check-in procedures at least one hour before their flight is scheduled to depart. For departing from airports in U.S.A., we suggest you to check in two hours prior to scheduled departure time. Please contact the airport office you?re departing from for the exact operating hours.

2. Since UNI Air (B7) is not a Star Alliance member, the Star Alliance frequent flyer members will not be able to accumulate miles/points or use Star Alliance benefits when flying with UNI Air (B7). The UNI Air (B7) earned miles are only accumulated into Infinity MileageLands account and its domestic flight's segments do not have miles/sectors accumulation. 3. All flight sectors are applied to the following EVA Air/UNI Air baggage policies (Below information applies to Adult/Child. Baggage information with Infant, please visit Baggage Information  (http://www.evaair.com/en-us/book-and-manage-your-trip/special-assistance/)). Free Carry-on BaggageAllow two pieces of carry-on baggage for royal laurel/premium laurel/business class and for elite/ economy class only one piece of free carry-on baggage with dimension 56 x 36 x 23 cm (22 x 14 x 9 in) or total linear dimensions 115 cm (45 in) and weight 7 kg max each.Checked baggage for entire journey on EVA Air/UNI Air For passenger to/from U.S.A. and Canada: each passenger has two pieces of free checked baggage allowance, and each baggage should not exceed the sum of the three dimensions of 158cm (62in).Weights of each baggage are limited as follows:Royal laurel/premium laurel/business class: not exceed 32kg (70lb).Elite class: not exceed 28kg (61lb).Economy class: not exceed 23kg (50lb).For passengers to/from regions other than U.S.A. and Canada: Royal laurel/premium laurel/business class: 40kg (88lb) per person. Elite class: 35kg (77lb) per person. Economy class: 30kg (66lb) per person. Extra baggage allowance for infinity MileageLands diamond/gold/silver members and other star alliance members card tier, please visit Baggage Information  (http://www.evaair.com/en-us/check-in-baggage-and-airports/baggage-information/allowances/).For additional information regarding excess baggage fee, weight/size restrictions, charges for speical baggage (e.g. sporting equipment, musical instrument) and codeshare flights operated by other airlines may have baggage/other optional feese that are different from EVA Air/UNI Air's fees, please visit Baggage Information  (http://www.evaair.com/en-us/check-in-baggage-and-airports/baggage-information/other-optional-fees/).

4. Do you have any comments or suggestions? Please visit Your comments (https://booking.evaair.com/flyeva/EVA/B2C/feedback.aspx).

5. Please visit Terms of use , Personal Information Collection Statement for Internet Ticket Purchase  (http://www.evaair.com/en-us/book-and-manage-your-trip/essential-information/reservation/online-reservation/), Conditions of Contract (http://www.evaair.com/en-us/book-and-manage-your-trip/essential-information/ticketing/conditions-of-carriage/)and Refund Application / Inquiry. (https://booking.evaair.com/flyeva/EVA/B2C/refund-application-login.aspx) For inquiries regarding our online booking services, you might find the information you need on the Q&A page  (http://www.evaair.com/en-us/frequently-asked-questions/?topic=online-reservation). If you cannot find the answers you need or need Special Assistance (http://www.evaair.com/en-global/book-and-manage-your-trip/special-assistance/), please contact our local office(s)  (http://www.evaair.com/en-global/contact-us-and-help/contact-us/). Thank You!

(http://www.evaair.com)

Copyright © EVA Airways. All rights reserved.