UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:24-cr-00270-MRA-1 |
|---|---|
| Plaintiff, | ORDER CONTINUING TRIAL DATE AND <u>FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT</u> [183] |
| v. | |
| KALISTRATOS KABILAFKAS, | **[PROPOSED] TRIAL DATE: 02/22/2027** |
| Defendant. | **[PROPOSED] PRETRIAL CONFERENCE DATE: 02/04/2027** |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on January 26, 2026. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) the case is so unusual and so complex, due to the nature of the prosecution, the existence of novel questions of fact or law, and the volume of discovery, that it is unreasonable to expect preparation for pre-trial proceedings or

1  the trial itself within the time limits established by the Speedy
2  Trial Act; and (iv) failure to grant the continuance would
3  unreasonably deny defendant continuity of counsel and would deny
4  defense counsel the reasonable time necessary for effective
5  preparation, taking into account the exercise of due diligence.
6      THEREFORE, FOR GOOD CAUSE SHOWN:
7      1.   The trial in this matter is continued from May 18, 2026, at
8  8:30 a.m. to **February 22, 2027, at 8:30 a.m.** The pretrial conference
9  hearing is continued from April 30, 2026, at 10:30 a.m. to **February**
10 **4, 2027, at 10:00 a.m.**
11     2.   The time period of June 24, 2024, to February 22, 2027,
12 inclusive, is excluded in computing the time within which the trial
13 must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i),
14 (B)(ii), and (B)(iv).
15     3.   Defendant shall appear in Courtroom 9B of the Federal
16 Courthouse, 411 West 4th Street, Santa Ana, California on February
17 22, 2027, at 8:30 am.
18     4.   Nothing in this Order shall preclude a finding that other
19 provisions of the Speedy Trial Act dictate that additional time
20 periods are excluded from the period within which trial must
21 commence.  Moreover, the same provisions and/or other provisions of
22 the Speedy Trial Act may in the future authorize the exclusion of
23 additional time periods from the period within which trial must
24 commence.
25     IT IS SO ORDERED.

January 27, 2026
27 DATE                       HONORABLE MÓNICA RAMÍREZ ALMADANI
                           UNITED STATES DISTRICT JUDGE